Entered JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT 26 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10/26/09

_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO C. SOTO,<br><br>        Petitioner,<br><br>  vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | Case No. CV 09-7535-FMC (RNB)<br><br>**J U D G M E N T** |

    In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: Oct 23, 2009

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

/s/ Florence-Marie Cooper
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE